UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 22 2014
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Denard Page
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Supt. Tom Dart   vs.
Supt. Crawford
c/o Smith
Supt. Martinez
c/o Soto
c/o Colomino

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 1:14-cv-03826
Judge Joan B. Gottschall
Magistrate Judge Susan E. Cox
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
   U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.



I. Plaintiff(s):

   A. Name: Devord Page

   B. List all aliases: None

   C. Prisoner identification number: 20131011240

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart
      Title: Sheriff
      Place of Employment: Cook County Jail

   B. Defendant: Supt. Martinez
      Title: Supt. of Div 10
      Place of Employment: Cook County Jail

   C. Defendant: Supt. Crawford
      Title: Supt. of tler 7-D
      Place of Employment: Cook County Jail-Div-10

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant- correction officer Smith

Title - correction officer

Place of work - cook County Jail - Div-10-D-7

Defentdant - correction office calomino

Title - correction officer

Place of work - cook county Jail - Div-10-D-7

Defentdant - correction office soto

Title - Correction officer

Place of work - cook county Jail Div-10-1-D

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: NONE

B. Approximate date of filing lawsuit: NONE

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: NONE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

F. Name of judge to whom case was assigned: NONE

G. Basic claim made: NONE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

I. Approximate date of disposition: NONE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I came into Div-10-1-D-#1405 on 4/16/2014 and since that date it's been mold that have grown from the walls in plane sight where I lay my head at every night night And I'm on the lower bed, and around my bed the mold infested walls is right there in my face so close I can touch it. On 4/23/14 it was hot and human in my cell and I have allegies so it seem like the smell of the mold was maginfied I told %o Smith about this problem and that I can hardly beath and to call the nurse or someone to help me, and she said no and It's not her problem and walked off and said you be okay. On 4/29/14 I told %o Soto about this problem and can I get some cleaning supplies to clean some of the mold off the wall and he told me no and if I didn't like it don't come to jail. so another night I had to sleep in a unhome and unsantury mold infested cell. I have wrote mutilpy grievance sheets and yet to get a response, to this problem.

4

Revised 9/2007

Meanwhile on Div-10-D-1 on May 1st I told Ofc. Calomino about the same problem and can I get some cleaning supplies to clean some of the mold off the wall he told me no and he didn't care and welcome to Jail, so once again I had to sleep in a unhame and unsanitary mold infested cell. Meanwhile on Div-10-D-1 on May 2nd I saw Supt. Crawford and told him about the same problem And can I get some time to clean my cell, and he said It's not his problem and I replyed by saying this is unhame and he told me to deal with it this is Jail, so another night I had to sleep in a unhame and unsanitary mold infested cell. I currently did research about mold and I learned that if I wanted to get reit of the mold the only is the despose of the whole infected fondation. Meanwhile on Div-10-1-D May 6nd Supt. Martinez came on the tier and I told him about this problem and something needs to happen about this and that the foundation need to be despose of and Supt. Martinez said that he didn't have the power to do so and only Tom Dart can handle that problem

5

Revised 9/2007

and Tom Dart was aware of this problem and he was working on it as we spoke. but the mold in the wall and on the wall didn't just appear just as soon as I moved in this cell this mold have been here for I don't know how long. And if Tom Dart was being responsablty. and cared about the well-being of the detainess this problem wouldn't have occured. in the first place I'm not asking for much I'm just asking to be treated namely with dignity and respect while I'm in the Care of cook County.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Sue Tom Dart - $300,000
To Sue Supt Martinez $300,000
To Sue Supt Crawford $300,000
To Sue C/O Smith $300,000
To Sue C/O Soto $300,000
To Sue Sgt Calomino $300,000

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this May day of 06, 2014

_____
(Signature of plaintiff or plaintiffs)

Devord Page
(Print name)

20131011240
(I.D. Number)

P.O. Box 089002 Chicago IL 60608
(Address)

6

Revised 9/2007